[No. 63253-1-I. Division One. September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SAID ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05113-3, Laura C. Inveen, J., entered March 30, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 63516-6-I. Division One. September 20, 2010.]

BELLEVUE SQUARE MANAGERS, INC., *Respondent*, v. BARCELINO CONTINENTAL CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-09274-7, Christopher A. Washington, J., entered April 17, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 63769-0-I. Division One. September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE ERIC BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12402-5, Michael J. Fox, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 63914-5-I. Division One. September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LEMAR BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00995-0, Douglass A. North, J., entered June 29, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Spearman, J.